UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Mag. Judge No.  2:17-MJ-8-1 |
| | § | |
| GLORIA LLANAS ARREDONDO | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the Defendant pending trial in this case:

(1)     There are no conditions or combination of conditions that will ensure the safety of the community; and

(2)     There is a serious risk that the Defendant will fail to appear for future court proceedings.

The evidence against the Defendant meets the probable cause standard.  The findings and conclusions contained in the Pretrial Services Report are adopted.  The Defendant was on probation for a felony drug offense when she committed this offense.  In addition the Defendant has two administrative smuggling cases while on felony probation, reflecting that the Defendant is either unwilling or unable to comply with court-ordered conditions of release.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 10th day of January, 2017.

                                                                _____
                                                                B. JANICE ELLINGTON
                                                                UNITED STATES MAGISTRATE JUDGE